UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT of MICHIGAN
Southern Division

FILED - GR
February 17, 2022 10:45 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /2/17

1:22-cv-143
Robert J. Jonker
Chief U.S. District Judge

Rurik Tyrsoak Odinsson; AKA
Ryan Blake Throneberry,
PLAINTIFF,

Civil Action No.

v.

Jason Eastridge; and PILOT TRAVEL
CENTERS-FLYING J, Inc.; individually,
in their personal and official capacities.
DEFENDANTS.

Hon.

Ryan B. Throneberry, pro se
133 E. Adams St.
Ionia, MI 48846

## COMPLAINT FOR A CIVIL ACTION

PLAINTIFF Ryan Blake Throneberry, pro se, for their complaint states as follows:

### I. JURISDICTION & VENUE

1) This is a civil action brought pursuant to 42 U.S.C. §§ 12112(a), 12112(b)(5)(B); and 12117(a), for discrimination and discharge of an employee by an employer due to a qualified disability.

2) This Court has jurisdiction in this matter pursuant to 28 U.S.C §1331.

3) Venue properly lies in this District pursuant to 28 U.S.C. §1391 (b)(1) and (2), because the events giving rise to this action occurred in the city of Ionia, which lies in the Western District of the State of Michigan.

### II. PARTIES TO THIS COMPLAINT

a) PLAINTIFF

4) Name: Rurik Tyrsoak Odinsson; AKA
Legal Name: Ryan Blake Throneberry
Address: 133 E. Adams St.; Ionia, MI 48846

**b) DEFENDANTS**

5) Defendant No. 1
   Name: Pilot Travel Centers - Flying J, Inc.
   Address: 5508 Lonas Dr. Bldg. 3
   Knoxville, TN 37909
   Phone: 877-866-7378

6) Defendant No. 2
   Name: Jason Eastridge
   Position/Title: Store Manager - PILOT 023
   Address: Pilot Travel Center - Store 023
   7205 S. State Rd.
   Ionia, MI 48846
   Phone: 616-527-6520

**c) INTERESTED PARTY**

7) Name: Melisa Kate Rogers; AKA Melisa Kate Ring
   Address: 7098 N. State Rd.
   Orleans, MI 48865
   Phone: (616) 835-6778
   email: melisarogers84@gmail.com

## III. STATEMENT OF FACTS

8) On or around February 23, 2021, Plaintiff was hired by Pilot Travel Centers, store 023 in Ionia, MI 48846, as the overnight cashier/salesperson.

9) At the time Plaintiff was hired, Defendant Eastridge was not managing store 023, he was doing other work for the company at numerous locations.

10) Plaintiff was hired by the acting manager Taylor Yancey, a non-party.

11) Plaintiff, after 2-3 days of training, ran store 023 by himself 5 nights per week, until his employment was terminated July 12, 2021 after suffering a mental episode July 6, 2021.

12) Plaintiff's employment was terminated by Defendant Jason Eastridge, who, if Plaintiff's memory serves correctly, returned to store 023 and resumed his previous position as manager sometime around mid-June, maybe a few weeks prior to that at most.

2

13) Plaintiff has been diagnosed as Bipolar, ADHD, Schizoaffective Disorder, Occupational Defiance Disorder, Generalized Anxiety Disorder, Post Traumatic Stress Disorder, and has undergone mental health treatment for the past 25 years.

14) On July 7, 2021, Plaintiff called Pilot Store 023 and spoke to Assistant Manager Amanda Sandoval (a non-party) and explained Plaintiff needed someone to cover his shift that night, explained Plaintiff had a psychotic episode the night before, had in fact just undergone a crisis intervention with his therapist, and needed a day or two to get Plaintiff's mind back in order.

15) Apparently, Ms. Sandoval called Defendant Eastridge, and after conferring with him, Ms. Sandoval called Plaintiff back and said "Jason [Defendant Eastridge] told me to tell you don't worry about coming to work, we have your shifts covered for the week, you need to come in monday to talk to Jason when he gets back.]"

16) On Monday, July 12, 2021, Plaintiff went to Pilot Store-023 to speak to Defendant Eastridge. Plaintiff explained what happened, and at the conclusion Defendant Eastridge terminated Plaintiff's employment because Plaintiff had to miss work, saying "I need someone who's gonna show up and work when they're scheduled, everytime they are scheduled, I don't think this is a good fit for you."

17) The actions of Defendant Eastridge was a direct result of Plaintiff's mental state due to his mental impairments. Defendant Eastridge was not accomodating to Plaintiff's qualified disability. Defendant Eastridge terminated Plaintiff's employment due to a qualified disability effects.

18) On July 7, 2021, Plaintiff called in to get his shift covered because of Plaintiff's mental state due to a psychotic episode. Plaintiff was being responsible in doing so because Plaintiff did not feel Plaintiff was safe to be around at that time, definitely not in a state for it to be safe for customers.

19) Plaintiff attempted to do the responsible thing, and put the safety of others first, and upon becoming aware of the totality of Plaintiff's situations and needs, Defendant Eastridge, instead of being accomodating and understanding and/or gracious, terminated Plaintiff's employment.

20) Defendant PILOT TRAVEL CENTERS-FLYING J, Inc. authorized the termination of Plaintiff's employment.

3

## IV. LEGAL CLAIMS

21) Plaintiff realleges and incorporates paragraphs 1-20.

22) **COUNT 1: DISCRIMINATION & TERMINATION OF EMPLOYEE BY EMPLOYER DUE TO A QUALIFIED DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT of 1990**

22) The Defendants took discriminatory action against Plaintiff upon terminating Plaintiff's employment as a direct result of Plaintiff requesting a few days leave after suffering a psychotic breakdown as a result of mental impairment, resulting in the need for a crisis intervention with mental health professionals at The Right Door for Recovery, Hope, and Wellness, a Community Mental Health Facility in Ionia, MI.

23) The Defendants actions were knowing and intelligent, and as such were intentional to cause harm to Plaintiff.

24) As a result of the intentional actions of Defendants, Plaintiff has been injured as follows:

   a) Physical Injury as a result of termination;
   b) mental and emotional injuries requiring further treatment;
   c) lost wages in the amount of approx. $350.00 per week;

## V. PRAYER FOR RELIEF

WHERETOFORE Plaintiff Ryan B. Throneberry respectfully prays this Court enter judgement as follows:

25) A declaration that Defendants Actions did violate Plaintiff's rights.

26) Compensatory Damages in the amount of $25,000.00, individually, against each Defendant; plus recovery of lost wages from date of termination, to disposition of suit; and

27) Nominal Damages in the amount of $100.00

4

28) Punitive Damages in the Amount of $1,500,000.00; and

29) Recovery of all fees & costs incurred in this suit; and

30) Any other relief this Court deems just and proper.

Date: February 14, 2022             Respectfully Submitted,

x _____

Ryan B. Throneberry, pro se
AKA Zurik Tyrsoak Odinsson
133 E. Adams St.
Ionia, MI 48846

## VERIFICATION

I, the undersigned, hereby verify under penalty of perjury that the foregoing instrument is both true and correct to the best of my knowledge.

February 14, 2022        x _____

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify the foregoing was served upon the Office of the Clerk, U.S. District Court for the W.D. of Michigan on: February 14, 2022 via 1st Class Mail.

x _____



NEOPOST
02/15/2022
US POSTAGE $001.76⁰
FIRST-CLASS MAIL
ZIP 48846
041M11294648

THIS MAIL ...
FROM THE IONIA COUNTY
CORRECTIONAL CENTER

Office of the Clerk
U.S. DISTRICT COURTHOUSE
for the Western District of Mich.
399 Federal Bldg.
110 Michigan St. N.W.
Grand Rapids, MI 48846



Ryan B. Throneberry, pro se
133 E. Adams St.
Ionia, MI 48846